UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-02345-SSS-PD                     Date: June 23, 2026

Title    *Edgar Karapetyan v. Todd M. Lyons, et al.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:    Attorneys Present for Respondents:

N/A                                                        N/A

**Proceedings (In Chambers):**    **Order re Conversion of Temporary Relief to Final Judgment**

The parties are ordered to show cause at the hearing on **July 9, 2026 at 2:00 p.m.** via Zoom why the temporary relief entered by the district court, *see* Dkt. No. 13, should not be converted to final judgment on the merits for the same reasons and on the same terms provided in the order granting such relief.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); *cf.* Fed. R. Civ. P. 65(a)(2).

The parties may discharge this order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms provided in the district court's order granting such temporary relief by **July 8, 2026**, in which case the July 9, 2026 hearing will be taken off calendar.  Nothing in such stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting temporary relief.

If the parties do not agree to stipulate as set forth above, by **July 8, 2026**, each party will file a supplemental submission addressing the issue[s]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-02345-SSS-PD                         Date: June 23, 2026

Title      *Edgar Karapetyan v. Todd M. Lyons, et al.*

they contend remain after the grant of temporary relief.

IT IS SO ORDERED.