UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-02345-SSS-PD                     Date: July 9, 2026

Title   *Edgar Karapetyan v. Todd M. Lyons, et al.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order Discharging OSC and Taking Off Calendar**

The parties have filed a Joint Proposed Grant of Petition and Entry of Judgment, pursuant to the Court's Order to Show Cause ("OSC").  *See* Dkt. Nos. 17, 20.

Accordingly, the OSC set for July 9, 2026 at 2:00 p.m. is discharged and taken off calendar.

IT IS SO ORDERED.