UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR KARAPETYAN,<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondents. | Case No. 5:26-cv-02345-SSS-PD<br><br>**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**<br><br>**A# 220-641-841** |

IT IS ORDERED THAT pursuant to 28 U.S.C. § 2241, and as stipulated by the parties, Dkt. No. 20, the Petition for Writ of Habeas Corpus in this action shall be granted and that the judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, for the same reasons and on the same terms provided in the Court's order granting the Temporary Restraining Order.  Dkt. No. 13.

IT IS SO ORDERED.

DATED: July 10, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

1