J S - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EDGAR KARAPETYAN,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

Case No. 5:26-cv-02345-SSS-PD

**JUDGMENT**

**A# 220-641-841**

Pursuant to the Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241, it is adjudicated that the Petition is GRANTED for the same reasons and on the same terms provided in the Court's order granting the Temporary Restraining Order.  Dkt. No. 13.

The Clerk of Court is directed to CLOSE the case.

DATED:  July 10, 2026

_____

SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE